# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY MCDOW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHELTER FINANCIAL SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00163-AWI-EPG<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO COMPLETE SERVICE ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M) |

　　　　Plaintiff Kennedy McDow is proceeding *pro se* in this action bringing claims against Defendants Shelter Financial Services, LLC, RES Recovery, Merced County Sheriff Department, Merced Police Department, and unnamed John Does (collectively, Defendants). (ECF No. 1). For the reasons below, the Court orders Plaintiff to show cause why this action should not be dismissed for failure to timely complete service on Defendants.

　　　　Under Federal Rule of Civil Procedure 4(m), "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

　　　　Plaintiff initiated this action with the filing of his complaint on February 10, 2021 (ECF No. 1). A summons was issued on February 16, 2021 (ECF No. 3). To date, Plaintiff has not filed

1

a return of service demonstrating that he has accomplished service of the complaint and summons on any Defendant, nor has a waiver of service been filed by any Defendant.

Accordingly, Plaintiff is ORDERED to show cause why this action should not be dismissed for failure to timely serve Defendants as required under Federal Rule of Civil Procedure 4(m). Plaintiff shall file, no later than **June 21, 2021**, either: (1) a return of service showing that service on each Defendant has been completed; or (2) a response to this order to show cause demonstrating that Plaintiff has good cause for failing to complete service and explaining when Plaintiff will complete service.

Plaintiff is cautioned that failure to respond to this order to show cause may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **June 1, 2021**            /s/ Erin P. Gross
                                   UNITED STATES MAGISTRATE JUDGE