UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNEDY MCDOW,** | **CASE NO. 1:21-CV-0163 AWI EPG** |
| **Plaintiff** | |
| v. | **ORDER TO RESPOND TO REQUESTED DISMISSAL OR SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| **MERCED POLICE DEPARTMENT,** | |
| **Defendants** | |

This case stems from the possession of a vehicle owned by Plaintiff.

On September 17, 2021, Plaintiff filed a request to dismiss all parties. See Doc. No. 26.

On September 21, 2021, the Magistrate Judge acknowledge the requested dismissal and concluded that the request was made pursuant to Fed. R. Civ. P. 41(a)(1). See Doc. No. 28. Because Rule 41(a)(1) dismissals are immediately effective, the Magistrate Judge directed the Clerk to dismiss all defendants except for the Merced Police Department ("MPD"). See id.  The automatic dismissal was not effective as to MPD because MPD had filed an answer prior to the dismissal and MPD had not stipulated to dismissal. See id.

On October 7, 2021, a minute order issued that directed the remaining parties to contact the Magistrate Judge by October 18, 2021, in order to set a scheduling conference date. See Doc. No. 29.

After considering the procedural posture of this case, the Court finds it appropriate for the MPD to respond to the Plaintiffs' requested dismissal. The requested dismissal attempted to

dismiss the MPD and terminate this entire case without prejudice.  That is, the requested dismissal indicates that Plaintiff no longer wishes to proceed with litigation, at least at this time as Plaintiff requested that the dismissal be without prejudice.  Given the early procedural posture of this case, the Court sees little utility in proceeding and expending additional private and public resources when Plaintiff no longer wishes to prosecute.  Therefore, the Court will construe the requested dismissal of MPD as one that is brought under Rule 41(a)(2) and direct the MPD to respond or otherwise show cause why it should not be dismissed without prejudice and this case closed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. No later than 1:00 p.m. on October 15, 2021, the Merced Police Department shall respond to Plaintiff's requested dismissal or otherwise show cause why it should not be dismissed without prejudice and this case closed;

2. The failure of the Merced Police Department to file a timely response to this order will be construed as a non-opposition to dismissal and will result in the dismissal of the Merced Police Department without prejudice and the closure of this case without further notice.

IT IS SO ORDERED.

Dated:   October 8, 2021

SENIOR DISTRICT JUDGE

2